UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
L.S., An Infant by his Parent and Natural
Guardian, ANA OLIVEIRA and ANA
OLIVEIRA individually,

                Plaintiffs,

v.

UNITED STATES,

                Defendant.
-----------------------------------------------------------X

**ORDER**

16-cv-08763 (PMH)

PHILIP M. HALPERN, United States District Judge:

Due to restrictions as a result of the COVID-19 pandemic, and to protect public health, reduce the size of public gatherings, and reduce unnecessary travel, the bench trial which was scheduled to commence in this action on December 15, 2020 is hereby adjourned *sine die*. The deadline to submit letters concerning the presentation of expert witnesses and submission of a marked pleading, presently due November 13, 2020, and the deadline for pre-trial submissions presently due November 24, 2020, are adjourned *sine die*.

The Court has scheduled a telephone conference for January 13, 2021 at 10:00 a.m., to discuss a new trial date. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

SO ORDERED:

Dated: New York, New York
       November 12, 2020

                                                _____
                                                Philip M. Halpern
                                                United States District Judge