UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
L.S., An Infant by his Parent and Natural
Guardian, ANA OLIVEIRA and ANA
OLIVEIRA individually,

                    Plaintiffs,

v.

UNITED STATES,

                    Defendant.
----------------------------------------------------------X

**ORDER**

16-cv-08763 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiffs' response to defendant's 7/2/2021 letter (Doc. 157) shall be filed by 7/9/2021. The Court sets the following deadlines for pretrial submissions:

    By 8/9/2021, the parties shall file: (1) joint proposed findings of fact and conclusions of law, and to the extent of any disagreement, that party should set forth its proposed finding of fact or conclusion of law immediately below the proposed finding or conclusion (with citations) so that the Court has one single set of proposed findings of fact and conclusions of law; and (2) pretrial memoranda, if any.

    By 8/9/2021, each party shall serve, and submit to the Court electronic copies (by email to HalpernNYSDChambers@nysd.uscourts.gov), and two courtesy hard copies: (1) the affidavits constituting the direct testimony of each trial witness pursuant to the Court's Individual Practices Rule 6(D)(i); (2) all deposition excerpts which will be offered as evidence together with the synopsis described in the Court's Individual Practices; and (3) all documentary exhibits.

    By 8/12/2021, each party shall submit by e-mail to Chambers a list of all affiants who they intend to cross-examine at trial.

A final pretrial conference has been scheduled for 9/2/2021 at 2:00 p.m., Courtroom TBD.

SO ORDERED:

Dated: White Plains, New York
       July 6, 2021

_____
Philip M. Halpern
United States District Judge