UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
L.S., An Infant by his Parent and Natural
Guardian, ANA OLIVEIRA and ANA
OLIVEIRA individually,

**ORDER**

16-cv-08763 (PMH)

               Plaintiffs,

v.

UNITED STATES,

               Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

In light of the recently filed letters concerning eliciting testimony of the infant-plaintiff (Docs. 156, 157, 159), the Court directs the parties to file supplemental briefing.

By July 30, 2021, the parties shall file briefs limited to ten double-spaced pages with specific citation to relevant authority. As resolution of the issue is a matter of New York state law (Fed. R. Evid. 601), the parties shall confine their briefing to such state law and Second Circuit caselaw applying such state law. The briefs should outline the burden of proof to be applied to this particular fact pattern, including the infant-plaintiff's giving unsworn testimony or other "appearance." (Doc. 159).

SO ORDERED:

Dated: White Plains, New York
        July 9, 2021

                                                                                              _____
                                                                                 Philip M. Halpern
                                                                                 United States District Judge