U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 14, 2021

<u>Via ECF</u>

Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    *L.S., et al. v. United States*, 16 Civ. 8763 (PMH)

Dear Judge Halpern:

      I write respectfully on behalf of defendant United States of America in the above-referenced medical malpractice action brought pursuant to the Federal Tort Claims Act to request an extension of the July 30, 2021 deadline for the United States to file a brief regarding plaintiff L.S.'s testimony at trial, to allow the United States an opportunity to fully and meaningfully respond to plaintiffs' forthcoming submission. *See* ECF No. 160.

      Pursuant to the Court's July 9, 2021 Order, the parties are to simultaneously file briefs on July 30, with respect to eliciting testimony from the infant-plaintiff, that "outline the burden of proof to be applied to this particular fact pattern, including the infant-plaintiff's giving unsworn testimony or other 'appearance.'" *See id*. Because plaintiffs' earlier submission states that plaintiffs wish for the Court to "meet[] and visualiz[e]" L.S., *see* ECF No. 159, but does not provide the subject matter of plaintiff L.S.'s anticipated testimony or otherwise explain why L.S. is competent to testify, the United States respectfully submits that it would be more efficient to have plaintiffs file their brief first, with the United States responding to and opposing plaintiffs' brief. Accordingly, the United States respectfully requests that the Court permit it to file a brief on August 6, 2021, or another date that would be convenient for the Court's calendar and schedule. Plaintiffs' oppose this request, and additionally request that if the United States is granted an extension, they be permitted to file a reply brief.

      We thank the Court for its consideration of this submission.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:  /s/ *Natasha W. Teleanu*
    NATASHA W. TELEANU
    CHARLES S. JACOB

---

Application granted. In lieu of simultaneous filing, plaintiffs shall file their brief on 7/30/2021, and Defendant shall file a brief in response on 8/6/2021. No replies will be permitted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       July 15, 2021

                                  Assistant United States Attorneys
Telephone: 212-637-2728/25
Facsimile: 212-637-2786/02
E-mail: natasha.teleanu@usdoj.gov
        charles.jacob@usdoj.gov

cc: All counsel (via ECF)